UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 7:09-CV-130-KKC

CHARLES GAMBILL                                                    PLAINTIFF

VS:                              **JUDGMENT**

KENTUCKY COURT OF APPEALS, *et al.*                        DEFENDANTS

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is hereby entered in favor of the named Defendants: the Commonwealth of Kentucky's Court of Appeals; Judge Kimberly Childers; Audrey Combs; Henry Butch Williams; and Kimberly Kallaher Schmidt;

(2)     the claims which Plaintiff asserted herein are **DISMISSED**;

(3)     this matter **IS STRICKEN** from the Court's active docket;

(4)     this is a **FINAL** and **APPEALABLE** Judgment; further, there is no just cause for delay; and

(5)     the Court **CERTIFIES** that any appeal would not be taken in good faith.

Dated this 30th day of November, 2009.



Signed By:

*Karen K. Caldwell*

**United States District Judge**